IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| John Doe and Jane Doe 1 through 20, John Doe and Jane Doe A through K, Doe 12 on behalf of Does H and K, minors, and Doe G on behalf of Doe I, minor,<br><br>Plaintiffs,<br>vs.<br><br>State of Nebraska, *et al.*,<br><br>Defendants. | No. 8:09CV-456<br><br><br>**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO USE FICTITIOUS NAMES** |

     Pursuant to NECivR 7.0.1(a)(1)(A), Plaintiffs, by and through their attorneys of record, hereby submit their Brief in Support of Motion for Leave to Use Fictitious Names, which was filed contemporaneously with the Complaint. Plaintiffs filed under the pseudonyms of John Doe and Jane Doe 1 through 20 and John Doe and Jane Doe A through K, including Doe 12 on behalf of Does H and K, minors, and Doe G on behalf of Doe I, also a minor, due to the sensitive issues that are integral to the subject matter of this case, and to protect the privacy of the innocent friends, family members and employers of the individuals that may be harmed. Plaintiffs request that the Court grant the instant Motion to ensure the anonymity of the Plaintiffs, their family members, and the minor parties.

     "An action must be prosecuted in the name of the real party in interest." Fed. R. Civ. P. 17(a)(1). "The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action." Fed. R. Civ. P. 17(a)(3). Admittedly, courts have disfavored the use of pseudonyms because the public has an interest in the openness

1

of the proceedings in its Courts. See <u>Doe v. Blue Cross & Blue Shield United</u>, 112 F.3d 869,872 (7th Cir. 1997); <u>Doe v. Frank</u>, 951 F.2d 320,323-24 (11th Cir. 1992).

Notwithstanding, federal courts do allow parties to use pseudonyms or fictitious names, but neither the Eighth Circuit nor Supreme Court has established a test by which to determine whether a plaintiff may proceed under a pseudonym. <u>W.G.A. v. Priority Pharmacy, Inc.</u>, 184 F.R.D. 616, 617 (E.D. Mo. 1999). The Court has discretion to decide whether to permit a fictitious party name. <u>Doe v. Hartz</u>, 52 F.Supp.2d 1027, 1046 (N.D. Iowa 1999). Generally, there is no "hard and fast formula for ascertaining whether a party may sue anonomously….The decision requires a balancing of considerations calling for maintenance of a party's privacy against the customary and constitutionally embedded presumption of openness in judicial proceedings." <u>Doe v. Stegnall</u>, 653 F.2d 180, 186 (5th Cir. 1981). Courts are typically guided by a number of factors, including:

1. Whether the matter is one of a sensitive and highly personal nature, or involves information of the utmost intimacy;
2. Whether plaintiffs were suing to challenge governmental activity;
3. Whether plaintiffs were compelled to admit their intention to engage in illegal conduct, thereby risking criminal prosecution;
4. Whether the defending party would be prejudiced;
5. Whether the plaintiff would risk injury if his or her identity is disclosed;
6. Whether the interests of children are at stake; and
7. Whether there are less drastic means of protecting the legitimate interests of the parties.

See <u>W.G.A.</u>, 184 F.R.D. at 617; <u>Luckett v. Beaudet</u>, 21 F.Supp. 2d 1029 (D. Minn. 1998); <u>Doe v.

Goldman, 169 F.R.D. 138, 139 (D. Nev. 1996); Doe v. Stegnall, 653 F.2d at 185. In this case, all of the enumerated factors weigh in favor of permitting the Plaintiffs to proceed under these fictitious names.

First, Plaintiffs' complaint raises issues of a sensitive and highly personal nature and requires Plaintiffs to disclose information of the utmost intimacy as this case relates to their past convictions for sexual offenses. (Exhibits 1-20). Although these convictions are matters of public record, sex offender registration sheds new light on convictions that, in some instances, occurred over a decade ago. Associating the Plaintiffs with sexual misconduct, even remote misconduct, is understandably a sensitive and intimate topic that will result in embarrassment and humiliation for those convicted and their families and friends at a time when some Plaintiffs and their families are expecting that this part of their lives is already behind them, or would be behind them soon.

The underlying suit involves a constitutional challenge to LB 97 and LB 285 which modified the prior version of the Nebraska Sex Offender Registration Act and together constitute the "New Act." If allowed to be enforced, the New Act will require the publication and dissemination of personal information for some Plaintiffs not already on the State Patrol website and others associated with these Plaintiffs that heretofore has not been publically accessible (Exhibit 1, 2, 3, 4, 7, 9-14, 16-19 and 21-31). Additionally, LB 97 and LB 285 require Plaintiffs to subject themselves to this scrutiny and community notification for a number of years into the future that was not previously contemplated by the Plaintiffs.

Second, Plaintiffs challenge governmental activity only, and do not seek recourse or recovery against a private party. There will be no damage to the "reputation" of the Defendants,

as would be the case if the Defendants were private individuals. See <u>Southern Methodist University Association v. Wynne & Gaffe</u>, 599 F.2d 707, 713 (5th Cir. 1979).

Third, plaintiffs may be compelled to admit their intention to engage in illegal conduct, thereby risking criminal prosecution. A provision of the New Act requires each registrant to sign a consent form, giving law enforcement the right to seize and search all computer and electronic communication devices within their "possession." This consent also includes permission from the registrant to install monitoring software to monitor Internet usage. Refusal to provide this consent constitutes a violation of the New Act, punishable as a Class IV felony (first offense) or a Class III felony (second and subsequent offenses). All Plaintiffs challenge the legitimacy of this coerced consent and resultant search and seizure, in violation of their right to be free from unlawful searches and seizures. (Exhibits 1-31). They challenge the "end-run" approach to a warrant through consent that was coerced and compelled under pain of criminal prosecution. This is one of many constitutional bases for the present action, but while this challenge is pending before the Court, one or more Plaintiffs may choose to refuse to give consent. By disclosing their identities through this lawsuit, these Plaintiffs have placed a bulls eye on themselves and will undergo additional scrutiny from law enforcement to ensure their compliance with the New Act even during the pendency of this case. The Plaintiffs should remain free from facing additional scrutiny and sanctions as a result.

Fourth, the defending parties will not be prejudiced. With the exception of standing, the only issues before this Court are issues of law, not issues of fact. The individual circumstances of the Plaintiffs can be determined away from the public eye, but the Court's determination as to the constitutionality of the Act at issue can remain public. It is that decision with regard to the

4

constitutionality of the Act that impacts the public. Similarly, the Defendants are able to advocate as effectively for the constitutionality of the New Act with or without Plaintiffs' real identities. Finally, the damage to the Defendants' reputation is not a concern since the challenge relates to governmental activity only, and the action will not affect the "good names" of any individual or private litigants. See Southern Methodist University, 599 F.2d at 713.

Fifth, Plaintiffs and their families risk injury if their identities are disclosed. One Plaintiff has already suffered physical attack on his family home. (Exhibits 1). The risk of further attacks will only increase upon the filing of this action and the added publicity that will accompany it (Exhibit 35 and 38). Plaintiffs have expressed serious concerns for the safety and wellbeing of themselves and their families (Exhibits 1 through 31). The fact that the Plaintiffs and their families challenge enforcement of the Act will likely inflame public sentiment against them.

Sixth, the interests of Plaintiffs' children are at stake. The Plaintiffs' children will likely be subjected to severe ridicule and prejudice at the hands of peers and others at school or in their communities because their parent is associated with this case. There is an increased risk of physical reprisal against the adult Plaintiffs, and their children, as well as the minor Plaintiffs that are parties in this suit (Exhibits 29, 29 and 31).

Seventh, there are no less drastic means of protecting the legitimate interests of the parties. Disclosure of the Plaintiffs' identities constitutes a *de facto* public notification under the sex offender registry. This will effectively moot the Plaintiffs' argument that it is a violation of Due Process to brand an individual as a sex offender when that the individual has a low likelihood to recidivate. Conducting the action under seal would be a more drastic means of

protecting the parties' interests because such an action would categorically deny the public access to the proceedings.  However, by permitting the Plaintiffs to proceed under a fictitious name, the public will have access to the issues that impact the public, namely, the constitutionality of the New Act, while at the same time shielding the Plaintiffs from public scrutiny and its commensurate injuries.

Plaintiffs assert that they will suffer extreme psychological harm, embarrassment, humiliation and emotional distress resulting from their association with this lawsuit.  Plaintiffs desire that their identities and status as litigants challenging the Nebraska Sex Offender Registration Act remain private. Plaintiffs request falls squarely within the reasoning that other courts have employed to permit the use of a fictitious name.  For these reasons, Plaintiffs request that the Motion to use Fictitious Names be granted.

DATED: December 16, 2009.

John Doe and Jane Doe 1 through 20,
John Doe and Jane Doe A through K,
Doe 12 on behalf of Does H and K, minors, and
Doe G on behalf of Doe I, minor,

Plaintiffs.

BY:   s/ Stuart J. Dornan
Stuart J. Dornan, #18553
Jason E. Troia, #21793
Rodney C. Dahlquist, Jr., #23912
Blake Richards, #24705
Dornan, Lustgarten & Troia, PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2009, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Donald W. Kleine
Douglas County Attorney's Office
600 Hall of Justice
1701 Farnam Street

David Streitch
Brown County Attorney
148 W 4th Street
Ainsworth, NE  69210

Francis D. Botelho
Colfax County Attorney
412 E 11th Street
Schuyler, NE  68661

Elizabeth F. Waterman
Dawson County Attorney's Office
700 North Washington
Lexington, NE  68850

Shawn Eatherton
Buffalo County Attorney
PO Box 67
Kearney, NE  68848

Tom Donner
Cuming County Attorney
137 S Main Ste 2
West Point, NE  68788

Donna Fegler Daiss
Adams County Attorney
PO Box 71
Hastings, NE  68901

Daniel Smith
Burt County Attorney
111 No. 13th
Tekamah, NE  68061

Tami Schendt
Custer County Attorney
431 S 10th Avenue
Broken Bow, NE  68822

Michael Long
Antelope County Attorney
313 Main Street
Neligh, NE  68756

Julie L. Reiter
Butler County Attorney
451 No. 5th Street
David City, NE  68632

Kim W. Watson
Dakota County Attorney
PO Box 117
Dakota City, NE  68731

Richard Roberts
Arthur County Attorney
PO Box 597
Ogallala, NE 69153

Nathan Cox
Cass County Attorney
346 Main
Plattsmouth, NE  68048

Vance Haug
Dawes County Attorney
PO Box 1346
Chadron, NE  69337

James Zimmerman
Banner County Attorney
PO Box 1557
Scottsbluff, NE  69361

George Hirschbach
Cedar County Attorney
PO Box 135
Hartington, NE  68739

Douglas Palik
Deuel County Attorney
PO Box 508
Chappell, NE  69129

| | | |
|---|---|---|
| Glenn Clark<br>Blaine County Attorney<br>PO Box 123<br>Brewster, NE  68821 | Arlan Wine<br>Chase County Attorney<br>PO Box 1299<br>Imperial, NE  69033 | Leland Miner<br>Dixon County Attorney<br>PO Box 563<br>Ponca, NE  68770 |
| John Morgan<br>Boone County Attorney<br>222 So. 4th Street<br>Albion, NE  68620 | Eric Scott<br>Cherry County Attorney<br>PO Box 349<br>Valentine, NE  69033 | Paul Vaughn<br>Dodge County Attorney<br>PO Box 147<br>Fremont, NE  68026 |
| Kathleen Hutchinson<br>Box Butte County Attorney<br>PO Box 660<br>Alliance, NE  69301 | Paul Schaub<br>Cheyenne County Attorney<br>PO Box 217<br>Sidney, NE  69162 | James D. Owens<br>Dundy County Attorney<br>PO Box 738<br>Benkelman, NE  69021 |
| Ashley Boettcher<br>Boyd County Attorney<br>PO Box 186<br>Butte, NE  68722 | Ted Griess<br>Clay County Attorney<br>PO Box 350<br>Sutton, NE  68979 | Jill Cunningham<br>Fillmore County Attorney<br>PO Box 15<br>Geneva, NE  68361 |
| Patrick Duncan<br>Franklin County Attorney<br>PO Box 207<br>Franklin, NE  68939 | Michael Powell<br>Hamilton County Attorney<br>PO Box 167<br>Aurora, NE  68818 | J. Blake Edwards<br>Keith County Attorney<br>PO Box 29<br>Ogallala, NE  69153 |
| Jon Schroeder<br>Frontier County attorney<br>PO Box 4<br>Curtis, NE  69025 | Bryan McQuay<br>Harlan County Attorney<br>PO Box 755<br>Alma, NE  68920 | Eric Scott<br>Keya Paha County Attorney<br>PO Box 349<br>Valentine, NE  69201 |
| Tom Patterson<br>Furnas County Attorney<br>PO Box 368<br>Beaver City, NE  68926 | Joel Phillips<br>Hayes County Attorney<br>PO Box 370<br>Hayes Center, NE  69032 | David Wilson<br>Kimball County Attorney<br>116 W 2nd Street<br>Kimball, NE  69145 |
| Randall Ritnour<br>Gage County Attorney<br>612 Grant Street, Rm 21<br>Beatrice, NE  68310 | D. Eugene Garner<br>Hitchcock County Attorney<br>PO Box 367<br>Trenton, NE  69044 | John Thomas<br>Knox County Attorney<br>PO Box 41<br>Center, NE  68724 |

Philip Pierce  
Garden County Attorney  
PO Box 530  
Oshkosh, NE  69154  

Thomas Herzog  
Holt County Attorney  
PO Box 511  
O'Neill, NE  68763  

Gary Lacey  
Lancaster County Attorney  
575 So. 10th Street  
Lincoln, NE  68508  

Dale Crandall  
Garfield County Attorney  
PO Box 310  
Burwell, NE  68823  

George Vinton  
Hooker County Attorney  
Box 184  
Mullen, NE  69152  

Rebecca R. Harling  
Lincoln County Attorney  
301 N Jeffers, Rm 101A  
North Platte, NE  69101  

Todd Wilson  
Gosper County Attorney  
PO Box 325  
Elwood, NE  68937  

David T Schroeder  
Howard County Attorney  
Box 328  
Greeley, NE  68842  

Steve Vinton  
Logan County Attorney  
PO Box 123  
Brewster, NE  68821  

A. James Moravek  
Grant County Attorney  
Box 460  
Alliance, NE  69301  

Linda Bauer  
Jefferson County Attorney  
411 4th Street  
Fairbury, NE  68352  

Jason White  
Loup County Attorney  
PO Box 586  
Broken Bow, NE  68823  

James Swanson  
Greeley County Attorney  
Box 328  
Greeley, NE  68842  

Julie Smith Hogancamp  
Johnson County Attorney  
Box 208  
Tecumseh, NE  68450  

Joseph Smith  
Madison County Attorney  
Box 269  
Madison, NE  68748  

Mark Young  
Hall County Attorney  
PO Box 367  
Grand Island, NE  68802  

David Wondra  
Kearney County Attorney  
PO Box 110  
Minden, NE  68959  

Tim Brouillette  
McPherson County Attorney  
PO Box 1605  
North Platte, NE  69103  

Steve Curry  
Merrick County Attorney  
1615 17th Avenue  
Central City, NE  68826  

Sandra J. Allen  
Platte County Attorney  
2610 14th Street  
Columbus, NE  68601  

Dennis King  
Sheridan County Attorney  
Box 490  
Rushville, NE  69360  

Jean Rhodes  
Morrill County Attorney  
PO Box 875  
Bridgeport, NE  69336  

Ronald Colling  
Polk County Attorney  
PO Box 367  
Osceola, NE  68651  

Mark Eurek  
Sherman County Attorney  
PO Box 621  
Loup City, NE  68853

Rodney Wetovick
Nance County Attorney
PO Box 549
Fullerton, NE  68638

Paul Wood
Red Willow County Attorney
502 Norris Ave
McCook, NE  69001

J. Adam Edmund
Sioux County Attorney
PO Box 156
Harrison, NE  69346

Louie Ligouri
Nemaha County Attorney
1824 N Street
Auburn, NE  68305

Douglas Merz
Richardson County Attorney
1719 Stone Street
Falls City, NE  68355

W. Bert Lammli
Stanton County Attorney
PO Box 995
Stanton, NE  68779

Timothy Schmidt
Nuckolls County Attorney
150 So Main
PO Box 404
Nelson, NE  68961

Avery Gurnsey
Rock County Attorney
PO Box 425
Bassett, NE  68714

Daniel Werner
Thayer County Attorney
429 Lincoln Ave
Hebron, NE  68370

David Partsch
Otoe County Attorney
115 N 10th
Nebraska City, NE  68410

Tad Eickman
Saline County Attorney
PO Box 713
Wilber, NE  68465

Warren Arganbright
Thomas County Attorney
PO Box 162
Thedford, NE  69166

Victor Faesser
Pawnee County Attorney
PO Box 73
Pawnee City, NE  68420

Lee Polikov
Sarpy County Attorney
1210 Golden Gate Dr.
Papillion, NE  68046

Tammy Maul-Bodlak
Thurston County Attorney
PO Box 490
Pender, NE  68047

Richard Roberts
Perkins County Attorney
PO Box 889
Grant, NE  69140

Scott Tinglehoff
Saunders County Attorney
433 N Chestnut
Wahoo, NE  68066

Glenn Clark
Valley County Attorney
218 S 16th
PO Box 40
Ord, NE  68862

Timothy Hoeft
Phelps County Attorney
PO Box 622
Holdrege, NE  68949

Tiffany Wasserburger
Scotts Bluff County Attorney
1725 10th Street
Gering, NE  69341

Shurie Graeve
Washington County Attorney
1555 Colfax Street
Blair, NE  68008

Verlyn Luebbe
Pierce County Attorney
PO Box 203
Pierce, NE  68767

Wendy Elston
Seward County Attorney
529 Seward Street #104
Seward, NE  68434

Michael Pieper
Wayne County Attorney
PO Box 427
Wayne, NE  68787

Jerry McDole
Webster County Attorney
443 N Webster
Red Cloud, NE 68970

Timothy F. Dunning
Douglas County Sheriff's Office
3601 N 156th St
Omaha, Nebraska 68116

Gary Reiber
Dawson County Sheriff's Office
709 N Grant St
Lexington, Nebraska 68850

Greg Magee
Adams County Sheriff
500 W 4th St
Hastings, Nebraska 68902

Darrell Hamilton
Antelope County Sheriff
PO Box 72
Neligh, Nebraska 68756

Bill Simpson
Arthur County Sheriff
Main St
Arthur, Nebraska 69121

K. Patrick Mooney
Banner County Sheriff
PO Box 43
Harrisburg, Nebraska 69345

Tim Sierks
Blaine County Sheriff
PO Box 42
Brewster, Nebraska 68821

James McNally
Wheeler County Attorney
PO Box 164
Neligh, NE 68756

Steve Harper
Brown County Sheriff
142 W 4th St
Ainsworth, Nebraska 69210

Neil Miller
Buffalo County Sheriff
PO Box 1270
2025 Ave A
Kearney, Nebraska 68848

Robert Pickell
Burt County Sheriff
111 N 13th St
Tekamah, Nebraska 68061

Mark Hecker
Butler County Sheriff
451 5th Street
David City, Nebraska 68632

William Bruggeman
Cass County Sheriff
336 Main St
Plattsmouth, Nebraska 68048

Larry Koranda
Cedar County Sheriff
PO Box 415
Hartington, Nebraska 68739

Timothy Sutherland
Chase County Sheriff
PO Box 102
Imperial, Nebraska 69033

Tim Sieh
York County Attorney
510 Lincoln Avenue
York, NE 68467

Paul Kruse
Colfax County Sheriff
411 E 11th St
Schuyler, Nebraska 68661

Bradley Boyum
Cuming County Sheriff
200 S Lincoln St Rm 203
West Point, Nebraska 68788

Ted Henderson
Custer County Sheriff
116 S 11th St
Broken Bow, Nebraska 68822

James L. Wagner
Dakota County Sheriff
Courthouse Sq
Dakota City, Nebraska 68731

Karl Dailey
Dawes County Sheriff
PO Box 671
451 Main Street
Chadron, Nebraska 69337

Jeffrey S, Ortgies
Deuel County Sheriff
PO Box 565
Chappell, Nebraska 69129

Dean Chase
Dixon County Sheriff
PO Box 900
Ponca, Nebraska 68770

David Spiegel
Boone County Sheriff
217 S 5th St
Albion, Nebraska 68620

Tammy Mowry
Box Butte County Sheriff
PO Box 636
Alliance, Nebraska 69301

David Derickson
Boyd County Sheriff
401 Thayer
Butte, Nebraska 68722

Jerry L. Archer
Franklin County Sheriff
PO Box 292
Franklin, Nebraska 68939

Daniel Rupp
Frontier County Sheriff
PO Box 320
Curtis, Nebraska 69025

Kurt Kapperman
Furnas County Sheriff
912 R St
Beaver City, Nebraska 68926

Millard Gustafson
Gage County Sheriff
County Jail
612 Lincoln St
Beatrice, Nebraska 68310

Doug Miller
Garden County Sheriff
611 Main St
PO Box 494
Oshkosh, Nebraska 69154

Melvin Christiansen
Cherry County Sheriff
PO Box 49
Valentine, Nebraska 69201

Darrell Johnson
Cheyenne County Sheriff
1000 10th Ave
PO Box 75
Sidney, Nebraska 69162

Jeff Franklin
Clay County Sheriff
104 E Edgar St
Clay Center, Nebraska 68933

Kirk Handrup
Hamilton County Sheriff
715 12th St
Aurora, Nebraska 68818

Chris Becker
Harlan County Sheriff
706 W 2nd
Alma, Nebraska 68920

Thomas Dow
Hayes County Sheriff
502 Troth St
Hayes Center, Nebraska 69032

Bryan Leggott
Hitchcock County Sheriff
229 East D Street
Trenton, Nebraska 69044-0306

Ben Matchett
Holt County Sheriff
PO Box 146
O'Neill, Nebraska 68763

Steve Hepson
Dodge County Sheriff
428 N Broad
Fremont, Nebraska 68025

Robert S. McBride
Dundy County Sheriff
PO Box 506
Benkelman, Nebraska 69021

William Burgess
Fillmore County Sheriff
900 G St
Geneva, Nebraska 68361

Kevin Mueller
Keith County Sheriff
103 E 5th St
Ogallala, Nebraska 69153

Jeff Kirsch
Keya Paha County Sheriff
PO Box 100
Springview, Nebraska 68778

Harry J. Gillway
Kimball County Sheriff
114 East 3rd Street Ste 12
Kimball, Nebraska 69145

James Janecek
Knox County Sheriff
PO Box 142
Center, Nebraska 68724

Terry Wagner
Lancaster County Sheriff
575 S 10th St
Lincoln, Nebraska 68508

Larry D. Donner
Garfield County Sheriff
PO Box 455
Burwell, Nebraska 68823

Dennis Ocken
Gosper County Sheriff
PO Box 316
Elwood, Nebraska 68937

Shawn Hebbert
Grant County Sheriff
105 E Harrison St
Hyannis, Nebraska 69350

David C. Weeks
Greeley County Sheriff
PO Box 248
Greeley, Nebraska 68842

Jerry Watson
Hall County Sheriff
131 S Locust St
Grand Island, Nebraska 68801

Anthony McPhillips
Merrick County Sheriff
1821 16th Ave
Central City, Nebraska 68826

John Edens
Morrill County Sheriff
PO Box 858
Bridgeport, Nebraska 69336

Davis Moore
Nance County Sheriff
209 Esther St
PO Box 309
Fullerton, Nebraska 68638

Lynn Nichols
Hooker County Sheriff
PO Box 213
Mullen, Nebraska 69152

Harold Schenck
Howard County Sheriff
612 Indian #13
Saint Paul, Nebraska 68873

Nels Sorenson
Jefferson County Sheriff
County Law Enforcement Bldg
606 3rd St
Fairbury, Nebraska 68352

James Wenzl
Johnson County Sheriff
County Jail
Box 335
Tecumseh, Nebraska 68450

Scott K. White
Kearney County Sheriff
PO Box 185
Minden, Nebraska 68959

John Zavadil
Platte County Sheriff
2610 14th St
Columbus, Nebraska 68601

Dwaine Ladwig
Polk County Sheriff
251 N Main St
Osceola, Nebraska 68651

Gene Mahon
Red Willow County Sheriff
105 West E
McCook, Nebraska 69001

Jerome Kramer
Lincoln County Sheriff
302 N Jeffers
North Platte, Nebraska 69101

Patrick McNeil
Logan County Sheriff
317 Main St
Stapleton, Nebraska 69163

Kirby Holloway
Loup County Sheriff
PO Box 69
Taylor, Nebraska 68879

Vern Hjorth
Madison County Sheriff
PO Box 209
Madison, Nebraska 68748

John Haller
McPherson County Sheriff
PO Box 14
Tryon, Nebraska 69167

Terry Robbins
Sheridan County Sheriff
301 E 2nd St
Rushville, Nebraska 69360

Michael Janulewicz
Sherman County Sheriff
PO Box 127
Loup City, Nebraska 68853

William Roe
Sioux County Sheriff
PO Box 305
Harrison, Nebraska 69346

Brent Lottman
Nemaha County Sheriff
1805 N St
Auburn, Nebraska 68305

James R. Marr
Nuckolls County Sheriff
50 W 2nd
PO Box 392
Nelson, Nebraska 68961

James gress
Otoe County Sheriff
1021 Central Ave
Nebraska City, Nebraska 68410

Jayme Reed
Pawnee County Sheriff
PO Box 267
Pawnee City, Nebraska 68420

James D. Bruggeman
Perkins County Sheriff
200 Lincoln Avenue
PO Box 607
Grant, Nebraska 69140-0607

Tom Nutt
Phelps County Sheriff
715 5th Ave
Holdrege, Nebraska 68949

Rick Eberhardt
Pierce County Sheriff
111 W Court Room 7
Pierce, Nebraska 68767

Troy Schmitz
Webster County Sheriff
641 N Cedar St
Red Cloud, Nebraska 68970

Vernon Buckminster
Richardson County Sheriff
1700 Stone St
Falls City, Nebraska 68355

Willis Haynes
Rock County Sheriff
400 State St
Bassett, Nebraska 68714

Alan Moore
Saline County Sheriff
911 S Main Street
Wilber, Nebraska 68465

Jeff Davis
Sarpy County Sheriff
1208 Golden Gate Dr
Papillion, Nebraska 68046

Kevin Stukenholtz
Saunders County Sheriff
354 W 4th St
Wahoo, Nebraska 68066

Jim K. Lawson
Scotts Bluff County Sheriff
County Administration Building
1825 10th Street

Joe Yocum
Seward County Sheriff
261 S 8th St
Seward, Nebraska 68434

Adrian Lindsey
Wheeler County Sheriff
3rd St & Commercial St
Bartlett, Nebraska 68622

Michael Unger
Stanton County Sheriff
PO Box 635
Stanton, Nebraska 68779

David Lee
Thayer County Sheriff
324 Olive Ave
Hebron, Nebraska 68370

Gary Eng
Thomas County Sheriff
503 Main St
Thedford, Nebraska 69166

Chris Kleinberg
Thurston County Sheriff
106 S 5th
Pender, Nebraska 68047

Casey D. Hurlburt
Valley County Sheriff
125 S 15th St
Ord, Nebraska 68862

Michael Robinson
Washington County Sheriff
1535 Colfax
Blair, Nebraska 68008

LeRoy W. Janssen
Wayne County Sheriff
510 Pearl Street
Wayne, Nebraska 68787

Dale Radcliff
York County Sheriff
510 Lincoln Ave
York, Nebraska 68467

| | | |
|---|---|---|
| Thomas K. Casady<br>Lincoln Police Department<br>575 S 10th St<br>Lincoln, Nebraska 68508 | Alex Hayes<br>Omaha Police Department<br>505 S 15th St<br>Omaha, Nebraska 68102 | Leonard Houloose<br>Papillion Police Department<br>1000 East First Street<br>Papillion, Nebraska 68046 |
| Timothy S. Mullen<br>Fremont Police Department<br>725 N Park Ave<br>Fremont, Nebraska 68025 | Lester Johnson<br>Bennington Police Department<br>11402 North 156th Street<br>Bennington, Nebraska 68007 | Ron Murtaugh<br>Ralston Police Department<br>7400 Main St<br>Ralston, Nebraska 68127 |
| William Gumm<br>Columbus Police Department<br>2419 14th St<br>Columbus, Nebraska 68601 | Donald Klug<br>York Police Department<br>315 Grant Ave<br>York, Nebraska 68467 | Jon Bruning<br>Attorney General<br>State Capitol Rm 2115<br>PO Box 98920<br>Lincoln NE, 68509-8920 |
| Nebraska State Patrol<br>c/o Jon Bruning<br>Nebraska Attorney General<br>State Capitol Rm 2115<br>PO Box 98920<br>Lincoln NE, 68509-8920 | Col. Bryan Tuma<br>c/o Jon Bruning<br>Nebraska Attorney General<br>State Capitol Rm 2115<br>PO Box 98920<br>Lincoln NE, 68509-8920 | State of Nebraska<br>c/o Jon Bruning<br>Attorney General<br>State Capitol Rm 2115<br>PO Box 98920<br>Lincoln NE, 68509-8920 |

BY:   s/ Stuart J. Dornan
      Stuart J. Dornan, #18553