IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE 1 through 20, ) | | |
| JOHN DOE and JANE DOE A through K, ) | | |
| DOE 12 on behalf of DOES H and K, minors, ) | | 8:09CV456 |
| and DOE G on behalf of DOE 1, minor, ) | | |
| ) | | |
| Plaintiffs, ) | | MEMORANDUM |
| ) | | AND ORDER |
| V. ) | | |
| ) | | |
| STATE OF NEBRASKA, et al., ) | | |
| ) | | |
| Defendants. ) | | |

I resist the urge to write: "You gotta be kidding me!"  This case was filed yesterday. I was notified this morning that it had been assigned to me.  Having reviewed the motion for a preliminary injunction seeking injunctive relief prior to January 1, 2010 regarding a law that was signed by the Governor many months ago (on May 26, 2009), recognizing that service of summons has not been accomplished, recognizing that I have a jury trial commencing on December 28, 2009 that will take four days and that New Years Day cuts that week short, and recognizing further that next week is a short week due to Christmas Day falling on a Friday and the closing of the Administrative Office of the United States Courts on Thursday, December 24, 2009[1],

IT IS ORDERED that counsel for the plaintiffs shall immediately contact the Attorney General for the State of Nebraska or one of his deputies and then those lawyers shall call my judicial assistant (Kris Leininger at 402-437-1640) today or tomorrow to schedule a telephone conference with me.  My judicial assistant is directed to call the plaintiffs' counsel and advise him of this order.

DATED this 17th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

[1] I learned just now that the President has directed that all federal buildings close at 12:00 noon on December 24, 2009.  The Clerk's Office advises me that I could hold a hearing that morning.