IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE 1 through 20, | ) | |
| JOHN DOE and JANE DOE A through K, | ) | |
| DOE 12 on behalf of DOES H and K, minors, | ) | 8:09CV456 |
| and DOE G on behalf of DOE 1, minor, | ) | |
| | ) | |
| Plaintiffs, | ) | MEMORANDUM |
| | ) | AND ORDER |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

After consultation with counsel,

IT IS ORDERED that:

(1) Counsel for the plaintiffs shall promptly file a notice specifying the particular sections of the legislative bills that are being attacked, including a specification of where those sections are codified.

(2) Counsel for the plaintiffs, Mr. Dornan, has represented that to the best of his knowledge none of the plaintiffs are currently the subject of a criminal prosecution or a probation revocation dispute. Mr. Dornan shall be prepared to confirm this representation on December 23, 2009, at the commencement of the hearing described below.

(3) A hearing on a preliminary injunction in this case will commence at 11:00 a.m. on Wednesday, December 23, 2009, recess at noon, start again at 1:00 p.m., and adjourn at 5:00 p.m. that day. Without a lunch break, the hearing will commence again at 8:00 a.m. on December 24, 2009, and conclude at 1:00 p.m. During these two days, each side will be given approximately four hours to present their evidence. Evidence may be presented by affidavit or otherwise. Following the presentation of evidence, each side will be given a total of one hour to make their oral argument, with oral argument commencing at approximately 11:00 a.m. Defendants shall confer among themselves and come to an agreement regarding the allocation of evidence and argument time. The defendants may submit one or more responsive briefs at any time between now and the commencement of the hearing on the preliminary injunction.

DATED this 18th day of December, 2009.

                          BY THE COURT:

                          *Richard G. Kopf*
                          United States District Judge