IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE and JANE DOE 1 through 20, JOHN DOE and JANE DOE A through K, DOE 12 on behalf of DOES H and K, minors, and DOE G on behalf of DOE 1, minor,<br><br>     Plaintiffs,<br><br>  V.<br><br>STATE OF NEBRASKA, et al.,<br><br>     Defendants. | 8:09CV456<br><br>MEMORANDUM AND ORDER |

  To assist counsel as they prepare their arguments for the preliminary injunction hearing,

  IT IS ORDERED that counsel shall give extra attention to the "consent to search" requirement for former offenders who are not on probation or parole. In particular, counsel shall read and be familiar with *Doe v. Prosecutor, Marian County*, 566 F. Supp.2nd 862 (S.D. Ind. 2008) (granting injunction in favor of former offenders that were not on probation or parole; holding that: (1) consent requirement under statute was not voluntary; (2) scope of search provided for by statute was unconstitutional; and (3) special needs exception did not justify warrantless searches under the statute).

  December 21, 2009.          BY THE COURT:

                    *Richard G. Kopf*
                   United States District Judge