IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE 1 through 20, JOHN DOE and JANE DOE A through K, DOE 12 on behalf of DOES H and K, minors, and DOE G on behalf of DOE 1, minor, | ) ) ) ) ) ) | 8:09CV456 |
| Plaintiffs, | ) ) ) | MEMORANDUM AND ORDER |
| V. | ) ) | |
| STATE OF NEBRASKA, et al., | ) ) | |
| Defendants. | ) | |

To help the lawyers prepare for the preliminary injunction hearing,

IT IS ORDERED that:

1. Counsel shall be prepared to explain in what manner Nebraska's new laws differ, if at all, from the requirements of the *Sex Offender Registration and Notification Act* ("SORNA"), 42 U.S.C. §§ 16901-16991.

2. Counsel for Plaintiffs shall be prepared to represent whether at least some of the plaintiffs who have been convicted of sexual offenses have served their time and are no longer on probation or parole.

December 22, 2009.                    BY THE COURT:

                                      *Richard G. Kopf*
`                                     United States District Judge