# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE AND JANE DOE 1 through 20, et al., | ) **COURTROOM WITNESS LIST** |
| | ) BEFORE: RICHARD G. KOPF |
| | ) U.S. District Judge |
| Plaintiffs, | ) Case No: 8:09CV456 |
| v. | ) Date: December 23, 2009 |
| | ) Deputy: Colleen Beran |
| STATE OF NEBRASKA, et al., | ) |
| | ) |
| Defendants. | |

Preliminary Injunction Hearing: December 23, 2009

**FOR PLAINTIFF:**

| Name | Date |
|---|---|
| Lisa L. Sample | 12/23/09 |
| | |
| | |
| | |
| | |

**FOR DEFENDANT**:

| Name | Date |
|---|---|
| | |
| | |
| | |
| | |
| | |