IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, et al., | ) | |
| | ) | 8:09CV456 |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09CV3258 |
| V. | ) | |
| | ) | |
| ATTORNEY GENERAL JON BRUNING, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3266 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA STATE PATROL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| JOHN DOE I, et al.,, | ) | |
| | ) | 4:10CV3003 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL JON BRUNING, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOHN DOE, | ) | 4:10CV3004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOHN DOE, | ) | 4:10CV3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In preparation for the status conference,

IT IS ORDERED that:

1. Counsel shall review the attachment listing all pending motions in these cases.

2.	Counsel shall be prepared to state their positions with respect to the pending motions and with respect to further progression of these cases.

DATED this 20th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge