IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN DOE, et al.,                          )
                                           )
                    Plaintiffs,            )              8:09CV456
                                           )
            v.                             )
                                           )
                                           )          MEMORANDUM AND ORDER
STATE OF NEBRASKA, et al.,                 )
                                           )
                    Defendants             )
                                           )
_____           )


        The unopposed motion to withdraw filed by former Platte County Attorney, Sandra

J. Allen, and acting Platte County Attorney, Carl K. Hart, Jr., as counsel of record for Platte

County, Nebraska, (filing no. 323), is granted.


        DATED this 3rd day of March, 2010.


                                    BY THE COURT:


                                    s/ *Cheryl R. Zwart*
                                    United States Magistrate Judge