IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE 1 through 20, JOHN DOE and JANE DOE A through K, DOE 12 on behalf of DOES H and K, minors, and DOE G on behalf of DOE 1, minor, | ) ) ) ) ) ) | 8:09CV00456 |
| Plaintiffs, | ) ) | ORDER |
| V. | ) ) ) | |
| STATE OF NEBRASKA, et. al., | ) ) | |
| Defendants. | ) ) | |

The records of the court show that on December 29, 2009, (filing no. 85), a letter was sent to Attorney Todd D. Wilson from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System (the "System") within 15 days from the date of letter.

As of March 23, 2010, Mr. Wilson has not complied with the request set forth in the letter from the Office of the Clerk. Therefore,

IT IS ORDERED that:

1.  On or before April 9, 2010, Attorney Todd D. Wilson is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 23rd day of March, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*

────────────────────────
United States Magistrate Judge