IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| John Doe and Jane Doe 1 through 36, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> State of Nebraska, et al., <br><br> Defendants. | 8:09-cv-456 <br><br> **PLAINTIFFS' RULE 26(a)(2) DISCLOSURE AND NOTICE OF SERVING EXPERT REPORT** |
| John Doe, <br><br> Plaintiff, <br><br> vs. <br><br> State of Nebraska, et al., <br><br> Defendants. | 4:10-cv-3005 |
| John Doe, <br><br> Plaintiff, <br><br> vs. <br><br> Nebraska State Patrol, et al., <br><br> Defendants. | 4:09-cv-3266 |

COME NOW the Plaintiffs in the above-captioned cases, by and through their attorneys of record, and pursuant to Rule 26(a)(2)(A), disclose that they have retained Professor David G. Post, Temple University Beasley School of Law, as their expert. Pursuant to Rule 26(a)(2)(B), Plaintiffs served the expert report on Defendants by sending the same via first-class United States mail, postage prepaid, on December 17, 2010.

Dated this 17th day of December, 2010.

BY:  /s/ Stuart J. Dornan
Stuart J. Dornan, #18553
Thomas J. Monahan, #12874
Jason E. Troia, #21793
Joshua W. Weir, #23492
Rodney C. Dahlquist, Jr., #23912
Dornan, Lustgarten & Troia, PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the same to the following:

None

 /s/ Stuart J. Dornan