IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE A through K, DOE G on behalf of DOE I, Minor, JOHN DOE and JANE DOE 1 through 36, and DOE 12 on behalf of DOES H and K, Minors, | ) ) ) ) ) | 8:09CV456 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| STATE OF NEBRASKA, et al., | ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that filing 382, the Unopposed Motion to Dismiss as to John Doe 20 and John Doe C, is granted, and, as to these two plaintiffs only, that their claims are dismissed without prejudice.

DATED this 25th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge