IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE and JANE DOE A through K, ) <br> DOE G on behalf of DOE I, Minor, ) <br> JOHN DOE and JANE DOE 1 through 36, and ) <br> DOE 12 on behalf of DOES H and K, Minors, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   v. ) <br>   ) <br> STATE OF NEBRASKA, et al., ) <br>   ) <br>   Defendants. ) <br>   ) | 8:09CV456 <br><br> ORDER |

     IT IS ORDERED that filing 421, the Unopposed Motion to Dismiss as to John Does 15, 29, 30, 32 and 34, is granted, and, as to these five plaintiffs only, that their claims are dismissed without prejudice.

     DATED this 10th day of January, 2012.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  Senior United States District Judge