IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE A through K, | ) | 8:09CV456 |
| DOE G on behalf of DOE I, Minor, | ) | |
| JOHN DOE and JANE DOE 1 through 36, and | ) | |
| DOE 12 on behalf of DOES H and K, Minors, | ) | |
| | ) | ORDER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that filing 440, the Unopposed Motion to Dismiss as to Does 8 and A, is granted, and, as to these two plaintiffs only, that their claims are dismissed without prejudice.

DATED this 27th day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge