IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN and JANE DOE 1-36, et al., | ) |
| Plaintiffs, | ) 8:09CV456 |
| v. | ) |
| | ) **MEMORANDUM AND ORDER** |
| STATE OF NEBRASKA, et al., | ) |
| Defendants. | ) |

After receiving clarification and confirmation from plaintiffs' counsel on the record:

IT IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that the plaintiffs' unopposed motion to dismiss, (filing no. 459), be granted, and that Does 1 <u>and</u> 22 be dismissed without prejudice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

June 29, 2012.                                BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge