IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE A through K, DOE G on behalf of DOE I, Minor, JOHN DOE and JANE DOE 1 through 36, and DOE 12 on behalf of DOES H and K, Minors, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:09CV456 ORDER |
| Plaintiffs, | | |
| v. | | |
| STATE OF NEBRASKA, et al., | | |
| Defendants. | | |

IT IS ORDERED that:

1. Filing 485, the Magistrate Judge's recommendation, is adopted.

2. Filing 459, the Unopposed Motion to Dismiss as to Does 1 and 22, is granted, and, as to these two plaintiffs only, that their claims are dismissed without prejudice.

DATED this 13th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge