IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>STATE OF NEBRASKA, et al.,<br><br>              Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:09-cv-456<br><br><br><br><br>**WITNESS LIST** |
| JOHN DOE,<br><br>              Plaintiff,<br><br>vs.<br><br>NEBRASKA STATE PATROL, et al.,<br><br>              Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:10-cv-3266 |
| JOHN DOE,<br><br>              Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, et al.,<br><br>              Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:10-cv-3005 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| David Post | July 16, 2012 - July 17, 2012 |
| John Doe 17 | July 17, 2012 |
| John Doe 31 | July 17, 2012 |
| John Doe 21 | July 17, 2012 |

| | |
|---|---|
| John Doe 3 | July 17, 2012 |
| John Doe 19 | July 17, 2012 |
| John Doe 18 | July 17, 2012 |
| John Doe 2 | July 17, 2012 |
| John Doe 24 | July 18, 2012 |
| John Doe 12 | July 18, 2012 |
| | |

FOR DEFENDANT:

<u>Name</u>                                                          <u>Date</u>

| | |
|---|---|
| Hemanshu Nigam | July 16, 2012 - July 17, 2012 |
| Scott Haugaard | July 18, 2012 |
| | |
| | |
| | |