IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| JOHN DOE, et al., | ) | 8:09-cv-456 |
| --- | --- | --- |
| Plaintiffs, | ) | |
| v. | ) | **LIST OF EXHIBITS** |
| STATE OF NEBRASKA, et al., | ) | |
| Defendants. | ) | |
| | | |
| JOHN DOE, | ) | |
| Plaintiff, | ) | 4:10-cv-3266 |
| vs. | ) | |
| NEBRASKA STATE PATROL, et al., | ) | |
| Defendants. | ) | |
| | | |
| JOHN DOE, | ) | |
| Plaintiff, | ) | 4:10-cv-3005 |
| vs. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| Defendants. | ) | |

Trial Dates: July 16-18, 2012

| EXHIBIT NO. | | | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PLF | DF | 3 PTY | | | | | | |
| | | 1 | Restricted Stipulation (filing 501 in case 8:09cv456) | X | | X | | 7/17/12 |
| 101 | | | Yahoo screen shots | X | R, H | X | | 7/16/12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 102 | | | USA Today screen shots | X | R, H | X | | 7/16/12 |
| 103 | | | Wikipedia screen shots | X | R, H | X | | 7/16/12 |
| 104 | | | What Is My IP Address? screen shots | X | R, H | X | | 7/16/12 |
| 105 | | | My.Sirimangalo screen shots | X | R, H | X | | 7/16/12 |
| 106 | | | Hulu screen shots | X | R, H | X | | 7/16/12 |
| 107 | | | Craigslist screen shots | X | R, H | X | | 7/16/12 |
| 108 | | | Linkedin screen shots | X | R, H | X | | 7/16/12 |
| 109 | | | Amazon screen shots | X | R, H | X | | 7/16/12 |
| 110 | | | YouTube screen shots | X | R, H | X | | 7/16/12 |
| 111 | | | Film Affinity screen shots | X | R, H | X | | 7/16/12 |
| 112 | | | Twitter screen shots | X | R, H | X | | 7/16/12 |
| 113 | | | Google+ screen shots | X | R, H | X | | 7/16/12 |
| 114 | | | IMDB.com screen shots | X | R, H | X | | 7/16/12 |
| 115 | | | HomeDepot.com screen shots | X | R, H | X | | 7/16/12 |
| 116 | | | Pandora screen shots | X | R, H | X | | 7/16/12 |
| 117 | | | Weather.com screen shots | X | R, H | X | | 7/16/12 |
| 118 | | | ESPN.com screen shots | X | R, H | X | | 7/16/12 |
| 119 | | | Flickr screen shots | X | R, H | X | | 7/16/12 |
| 120 | | | Myspace screen shots | X | R, H | X | | 7/16/12 |
| 121 | | | Facebook screen shots | X | R, H | X | | 7/16/12 |
| 122 | | | CNN.com screen shots | X | R, H | X | | 7/16/12 |
| 123 | | | Times Free Press screen shots | X | R, H | X | | 7/16/12 |
| 124 | | | Politico screen shots | X | R, H | X | | 7/16/12 |
| 125 | | | DiabetesDaily.com screen shots | X | R, H | X | | 7/16/12 |
| 126 | | | BreastCancer.org screen shots | X | R, H | X | | 7/16/12 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 127 | | | Daily Strength screen shots | X | R, H | X | | 7/16/12 |
| 128 | | | Couch Surfing screen shots | X | R, H | X | | 7/16/12 |
| 129 | | | Live Mocha screen shots | X | R, H | X | | 7/16/12 |
| 130 | | | Wordpress.com screen shots | X | R, H | X | | 7/16/12 |
| 131 | | | Skype screen shots | X | R, H | X | | 7/16/12 |
| 132 | | | Target.com screen shots | X | R, H | X | | 7/16/12 |
| 133 | | | Husker Spot screen shots | X | R, H | X | | 7/16/12 |
| 134 | | | SupportGroups.com screen shots | X | R, H | X | | 7/16/12 |
| 135 | | | Careerbuilder.com screen shots | X | R, H | X | | 7/16/12 |
| 136 | | | Blogger screen shots | X | R, H | X | | 7/16/12 |
| 137 | | | Ebay screen shots | X | R, H | X | | 7/16/12 |
| 138 | | | Walmart.com screen shots | X | R, H | X | | 7/16/12 |
| 139 | | | Acurazine.com screen shots | X | R, H | X | | 7/16/12 |
| 140 | | | Reddit.com screen shots | X | R, H | X | | 7/16/12 |
| 141 | | | Foursquare screen shots | X | R, H | X | | 7/16/12 |
| 142 | | | GoToMeeting.com screen shots | X | R, H | X | | 7/16/12 |
| 143 | | | Shoutlife.com screen shots | X | R, H | X | | 7/16/12 |
| 144 | | | WhiteHouse.gov screen shots | X | R, H | X | | 7/16/12 |
| 145 | | | United States Senate screen shots | X | R, H | X | | 7/16/12 |
| 146 | | | Gov. Dave Heineman screen shots | X | R, H | X | | 7/16/12 |
| 147 | | | Sex Offender Registry Training handout - 1 | | R | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 148 | | | Sex Offender Registry Training handout - 2 | | R | | | |
| 149 | | | Sex Offender Registry Training handout - 3 | | R | | | |
| 150 | | | Sex Offender Registry Training handout - 4 | | R | | | |
| 151 | | | Sex Offender Registry Training handout - 5 | | R | | | |
| 152 | | | Sex Offender Registry Training handout - 6 | | R | | | |
| 153 | | | Checklist 2010 – Information provided by the registrant and the Court | | R | | | |
| 154 | | | Sex Offender Registry Training DVD | X | R | X | | 7/17/12 |
| 155 | | | Transcript of Training DVD (excerpt) | | R, H, A, F | | | |
| 156 | | | 2009 Attorney General Legislative package information | X | R, H*, P | X | | 7/17/12 |
| 157 | | | May 20, 2009, email from Julie Maaske to Brent Smoyer | | R, H*, P | | | |
| 158 | | | AM 1465 (amendments to LB 285) | | R, H*, P | | | |
| 159 | | | Testimony of Bryan Tuma March 18, 2009, Judiciary Committee | X | R, H*, P | X | | 7/17/12 |
| 160 | | | LB 285 Committee Statement | | R, H*, P | | | |
| 161 | | | LB 285 Introducer's Statement of Intent | | R, H*, P | | | |
| 162 | | | January 20, 2009, email from Julie Maaske to Tanya Hayes | X | R, H*, P | X | | 7/17/12 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 163 | | | January 13, 2009, email from Julie Maaske to Neal Nelson | | R, H*, P | | | |
| 164 | | | LB 285 | | R, H*, P | | | |
| 165 | | | Child Protection Bill Summary, 1-5-2009/Computer Crime & Sex Offender Legislation Summary combined summary | | R, H*, P | | | |
| 166 | | | Computer Crime & Sex Offender Legislation Summary | | R, H*, P | | | |
| 167 | | | Child Protection Act Summary, 1-5-2009 | | R, H*, P | | | |
| 168 | | | Draft Testimony to Nebraska Legislature in support of LB 97 | | R, H*, P | | | |
| 169 | | | May 8, 2009, email from Glenn Elwell | X | R, H*, P | X | | 7/17/12 |
| 170 | | | May 19, 2009, email from Neal Nelson to Holley Bolen | X | R, H*, P | X | | 7/17/12 |
| 171 | | | March 31, 2009, email from Neal Nelson to Holley Bolen | X | R, H*, P | X | | 7/17/12 |
| 172 | | | March 31, 2009, email from John Freudenberg to Corey O'Brien | X | R, H*, P | X | | 7/17/12 |
| 173 | | | March 31, 2009, email from John Freudenberg to Neal Nelson | X | R, H*, P | X | | 7/17/12 |
| 174 | | | April 29, 2009, email from Neal Nelson to Holley Bolen and Corey O'Brien | X | R, H*, P | X | | 7/17/12 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 175 | | | April 29, 2009, email from Neal Nelson to Holley Bolen | X | R, H*, P | X | | 7/17/12 |
| 176 | | | May 14, 2009, email from Corey O'Brien to Holley Bolen | X | R, H*, P | X | | 7/17/12 |
| 177 | | | May 19, 2009, email from Neal Nelson to Julie Maaske and Holley Bolen | X | R, H*, P | X | | 7/17/12 |
| 178 | | | April 28, 2009, email from John Freudenberg to David Cookson | X | R, H*, P | X | | 7/17/12 |
| 179 | | | January 5, 2009, email from Perre Neilan | | R, H*, P | | | |
| 180 | | | January 6, 2009, email from Alyson Roach | X | R, H*, P | X | | 7/17/12 |
| 181 | | | January 2, 2009, email from Leah Bucco-White | | R, H*, P | | | |
| 182 | | | January 2, 2009, email from Holley Bolen to Liz Eberle | X | R, H*, P | X | | 7/17/12 |
| 183 | | | Proposed Legislative Bill (1) | | R, H*, P | | | |
| 184 | | | Proposed Legislative Bill (2) | | R, H*, P | | | |
| 185 | | | Proposed Legislative Bill (3) | | R, H*, P | | | |
| 186 | | | LB4 Outline | | R, H*, P | | | |
| 187 | | | Possible Legislation 2009 (1) | | R, H*, P | | | |
| 188 | | | Possible Legislation 2009 (2) | | R, H*, P | | | |

| 189 | | | Amendments to LB 97 | | R, H*, P | | | |
|---|---|---|---|---|---|---|---|---|
| 190 | | | May 29, 2009, Memorandum from Jon Bruning re: 2009 Criminal Justice Bill from the Nebraska Unicameral (1) | X | R, H*, P | X | | 7/17/12 |
| 191 | | | May 29, 2009, Memorandum from Jon Bruning re: 2009 Criminal Justice Bill from the Nebraska Unicameral (2) | X | R, H*, P | X | | 7/17/12 |
| 192 | | | June 4, 2009, Memorandum from Jon Bruning re: 2009 Criminal Justice Bill from the Nebraska Unicameral | X | R, H*, P | X | | 7/17/12 |
| 193 | | | October 15, 2009, Memorandum from Jon Bruning re: 2009 Criminal Justice Bill from the Nebraska Unicameral | X | R, H*, P | X | | 7/17/12 |
| 194 | | | May 7, 2009, email from Julie Maaske to Tanya Hayes | | R, H*, P | | | |
| 195 | | | REQ 00635 Draft Legislative Bill | | R, H*, P | | | |
| 196 | | | November 10, 2008, email from Tanya Hayes to Joanne Pepperl | | R, H*, P | | | |
| 197 | | | March 19, 2009, email from Stacey Trout to Holley Bolen | X | R, H*, P | X | | 7/17/12 |
| 198 | | | April 28, 2009, email from Corey O'Brien | X | R, H*, P | X | | 7/17/12 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 199 | | | January 2, 2009, email from Holley Bolen to Liz Eberle | X | R, H*, P | X | | 7/17/12 |
| 200 | | | Defendant's Responses to Plaintiff's Interrogatories to Defendant State of Nebraska | | R, H | | | |
| 201 | | | Defendant's Reponses to Plaintiffs' Interrogatories to Defendant Nebraska State Patrol | | R, H | | | |
| 202 | | | Defendant's Responses to Plaintiffs' Interrogatories to Defendant Jon Burning, Nebraska Attorney General | | R, H | | | |
| 203 | | | Defendant's Responses to Plaintiffs' Interrogatories to Defendant Donald Kleine, Douglas County Attorney | | R, H | | | |
| 204 | | | "Online 'Predators' and Their Victims", American Psychologist article | | R, H, A | | | |
| 205 | | | "The consumption of Internet child pornography and violent sex offending", BMC Psychology research article | | R, H, A | | | |
| 206 | | | "Child Pornography Offenders" article | | R, H, A | | | |
| 207 | | | Omaha.com news article "Little outcry over loss of sex offender list funds", | X | R, H, A | | X | |
| 208 | | | Transcript of hearing, December 23, 2009 | | R, H | | | |
| 209 | | | Neb. Admin. Code 272 NAC 19 | X | | X | | 7/18/12 |
| 210 | | | Doe 24 Terms of Parole | X | | X | | 7/18/12 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 211 | | | Deposition of John Doe No. 35 | X | | X | | 7/17/12 |
| | 301 | | Legislative history of LB 97 (2009) | X | | X | | 7/17/12 |
| | 302 | | Legislative history of LB 285 (2009) | X | | X | | 7/17/12 |
| | 303 | | National Guidelines for Sex Offender Registration and Notification | X | | X | | 7/17/12 |
| 304 | | | Expert Report of David G. Post | X | | X | | 7/16/12 |
| | 305 | | Expert Report of Hemanshu Nigam | X | | X | | 7/16/12 |
| | 306 | | "Child Molesters: A Behavioral Analysis," Fifth Edition 2010 | X | R, H, F | | X | |
| | 307 | | "The 'Butner Study' Redux: A Report of the Incidence of Hands-on Child Victimization by Child Pornography Offenders," Journal of Family Violence, 2009) | | R, H, A | | | |
| | 308 | | "Child-Pornography Possessors Arrested in Internet-Related Crimes: Findings From the National Juvenile Online Victimization Study," 2005 | | R, H, A | | | |
| | 309 | | "Youth Safety on a Living Internet: Report of the Online Safety and Technology Working Group," 2010 | | R, H, A | | | |
| | 310 | | Sports Illustrated screen shots | | R, H | | | |
| | 311 | | Westlaw screen shots | | R, H | | | |
| | 312 | | Lexis.com screen shots | | R, H | | | |

|  | 313 |  | Shoes.com screen shots |  | R, H |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | 314 |  | Nickjr.com screen shots |  | R, H |  |  |  |
|  | 315 |  | Huskers.com screen shots |  | R, H |  |  |  |
|  | 316 |  | Kolnkgin.com screen shots |  | R, H |  |  |  |
|  | 317 |  | Omaha.com screen shots |  | R, H |  |  |  |
|  | 318 |  | Tinychat.com screen shots |  | R, H |  |  |  |
|  | 319 |  | Microsoft.com screen shots |  | R, H |  |  |  |
|  | 320 |  | Dell.com screen shots |  | R, H |  |  |  |
|  | 321 |  | Hp.com screen shots |  | R, H |  |  |  |
|  | 322 |  | Download.com screen shots |  | R, H |  |  |  |
| 323 |  |  | Demonstrative Exhibit – Social Exhibit Usage for John Doe 12 | X |  | X |  | 7/18/12 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

\* For plaintiffs' exhibits 156-199, the defendants waive any hearsay objection if the exhibits are offered to show intent of the Nebraska Legislature under Rule 803(3). If the exhibits are offered for any other purpose, the defendants object on the basis of hearsay.

For plaintiffs' exhibits 156-199, the defendants assert that the exhibits are privileged (denoted with a "P" above) on the basis of both the attorney-client privilege and the deliberative process privilege.

<u>OBJECTIONS</u>
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)