IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE and JANE DOE 1 through 36, *et al.*, | ) ) ) | 8:09CV456 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| STATE OF NEBRASKA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiffs' motion to release bond (filing 543) is granted, and the Clerk is directed to refund the $500.00 cash bond that was deposited on January 6, 2009 (see filing 101), to the law firm of Dornan, Lustgarten & Troia, PC LLO, 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102.

February 26, 2014.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  Senior United States District Judge